IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES MITCHELL, #09083221, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-1762-K |
| | § | |
| OFFICE MILLER ROACH, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on February 22, 2010, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.

The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's "Notice of Appeal and Objection Motion to Dismiss Civil Action Against Captain Sanders, Defendant", properly considered as Objections to the Findings, Conclusions and Recommendations are **OVERRULED**.

Plaintiff's Motion to Dismiss Civil Action Against Captain Sanders is **DENIED** as **MOOT.**

SO ORDERED.

Signed this 1st day of March, 2011.


_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE