IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES MITCHELL, | § |
| Plaintiff, | § |
| v. | § Civil No. 3:10-CV-1762-K |
| OFFICER NFN MILLER-ROACH, et al., | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on June 2, 2011, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Plaintiff's Objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 8th day of June, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE